Affirmed and Opinion Filed November 19, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01539-CR

**JERRY WILLIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1370137-T**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Appellant Jerry Willis pleaded guilty to the offense of aggravated assault with serious bodily injury, a deadly weapon, and family violence. Following a punishment hearing, the trial court deferred a finding of guilt and sentenced Willis to ten years community supervision. On appeal, appellant's counsel filed a brief in which she concludes the appeal is wholly without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313,

319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


Do Not Publish
TEX. R. APP. P. 47
131539F.U05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JERRY WILLIS, Appellant

No. 05-13-01539-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas

Trial Court Cause No. F-1370137-T.

Opinion delivered by Justice Bridges.

Justices Lang and Evans participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered November 19, 2014.